IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**EDWARD HENDERSON,** **PLAINTIFF**

**V.** **NO. 2:05CV14-WAP-EMB**

**LONE STAR INDUSTRIES, INC.,**
**D/B/A MEMPHIS REDIMIX DIVISION,** **DEFENDANT**

## FINAL JUDGMENT

Upon consideration of the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated May 6, 2005, was on that date duly served by regular mail upon the *pro se* plaintiff at his last known address; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated May 6, 2005, is approved and adopted as the opinion of the Court;

2. That plaintiff's Complaint is hereby dismissed with prejudice for failure to prosecute and for failure to obey an order of the Court; and

3. That the Clerk shall forthwith **CLOSE** this case.

**THIS**, the 17th day of June, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE